1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                         SAN JOSE DIVISION

12 YE ZHOU,                          )
                                     ) No. C 08-1899 JW
13             Plaintiff,            )
                                     )
14       v.                          )
                                     ) STIPULATION TO DISMISS; AND
15 MICHAEL MUKASEY, United States Attorney ) [PROPOSED] ORDER
   General;                          )
16 MICHAEL CHERTOFF, Secretary of the )
   Department of Homeland Security;  )
17 EMILIO T. GONZALEZ, Director of United )
   States Citizenship and Immigration Services; )
18 ROBERT S. MUELLER, Director of    )
   Federal Bureau of Investigations, )
19                                   )
              Defendants.            )
20 _____ )

21     Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys

22 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

23 action without prejudice in light of the fact that the United States Citizenship and Immigration

24 Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to do so

25 within 30 days of the dismissal of this action.

26 ///

27 ///

28

Stipulation to Dismiss
C08-1899 JW                               1

1 | Each of the parties shall bear their own costs and fees.

2 | Date: May 16, 2008                                  Respectfully submitted,

3 |                                                                  JOSEPH P. RUSSONIELLO
   |                                                                  United States Attorney

6 |                                                                  _____/s/_____
   |                                                                  ILA C. DEISS[1]
   |                                                                  Assistant United States Attorney
7 |                                                                  Attorneys for Defendants

10 | Date: May 15, 2008                                 _____/s/_____
    |                                                                  JUSTIN FOK
    |                                                                  Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

The Court terminates all pending motions, hearings and deadlines.  The Clerk shall close this file.

16 | Date:  May 21, 2008                                _____/s/ James Ware_____
    |                                                                  JAMES WARE
    |                                                                  United States District Judge

---

[1] I, Ila C. Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Stipulation to Dismiss
C08-1899 JW                                          2