| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332 |
|   | United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143 |
|   | Assistant United States Attorney |
| 3 | Chief, Civil Division |
|   | ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| YE ZHOU, | ) | |
|  | ) | No. C 08-1899 JW |
| Plaintiff, | ) | |
|  | ) | |
| v. | ) | |
|  | ) | STIPULATION TO DISMISS; AND |
| MICHAEL MUKASEY, United States Attorney General; | ) | [PROPOSED] ORDER |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; | ) | |
| EMILIO T. GONZALEZ, Director of United States Citizenship and Immigration Services; | ) | |
| ROBERT S. MUELLER, Director of Federal Bureau of Investigations, | ) | |
|  | ) | |
| Defendants. | ) | |

    Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to do so within 30 days of the dismissal of this action.

///

///

Stipulation to Dismiss
C08-1899 JW                                        1

1  Each of the parties shall bear their own costs and fees.

2  Date: May 16, 2008                                          Respectfully submitted,

3                                                              JOSEPH P. RUSSONIELLO
                                                               United States Attorney

4

5

6                                                              _____/s/_____
                                                               ILA C. DEISS[1]
                                                               Assistant United States Attorney
7                                                              Attorneys for Defendants

8

9

10 Date: May 15, 2008                                          _____/s/_____
                                                               JUSTIN FOK
                                                               Attorney for Plaintiff
11

12
                                    **ORDER**
13
       Pursuant to stipulation, IT IS SO ORDERED.
14
   The Court terminates all pending motions, hearings and deadlines.  The Clerk shall close this file.
15

16 Date:  May 21, 2008                                         _____
                                                               JAMES WARE
17                                                             United States District Judge

---

[1] I, Ila C. Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Stipulation to Dismiss
C08-1899 JW                                2